```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF MASSACHUSETTS

WAYNE P. GARFIELD,              )
       Plaintiff,               )
                                )   Civ. Action No. 17-10704-PBS
       v.                       )
                                )
WILLIAM B. EVANS, et al.,       )
       Defendants.              )
```

<u>ORDER ON PLAINTIFF's MOTION TO SHOW CAUSE (Docket No. 45)</u>

May 9, 2018

SARIS, C.D.J.

For the reasons stated below, plaintiff's motion to show cause is denied as moot and the parties will be granted an extension until close of business on May 29, 2018, to file objections to the March 20, 2018 Report and Recommendation.

I.  <u>Background</u>

By Electronic Order dated February 22, 2018, plaintiff was ordered to show cause why he failed to appear at the January 5, 2018 hearing and failed to respond to defendants' motions to dismiss. <u>See</u> Docket No. 41. Garfield was directed to show good cause in writing by March 16, 2018, why Magistrate Judge Cabell should not recommend to the undersigned district judge that the case be dismissed for failure to prosecute. <u>Id.</u> At that time, the clerk mailed a copy of the Order to Show Cause to Garfield. <u>See</u> Docket No. 42.

Having received no response from Garfield, on March 20, 2018, Magistrate Judge Cabell issued a Report and Recommendation

to Dismiss the Complaint for Failure to Prosecute.  See Docket No. 43.  The Report and Recommendation granted the parties to file specific written objections within 14 days of the party's receipt of the Report and Recommendation.  Id. at n. 1.

On March 23, 2018, exactly one week after his show cause response was due, Garfield filed a motion to show cause.  See Docket No. 45.  At that time, Garfield also filed a notice of objections to the U.S. Marshal's service denying him access to the courthouse.  See Docket NO. 46.  In these documents Garfield complains that March 16, 2018, the last day for filing his show-cause response, the U.S. Marshals denied him entry into the Moakley courthouse because he doesn't have photo identification.

II.  Discussion

Because plaintiff's motion to show cause was filed after Magistrate Judge Cabell issued his Report and Recommendation, the motion will be denied as moot.  Plaintiff, and defendants, will be granted additional time to file specific written objections to the Report and Recommendation.

Plaintiff is advised that he is not required to file his documents in person and may send by mail any pleading to be filed.  Plaintiff is reminded that in order to enter the Moakely courthouse, he must show a valid form of photo identification.  The United States Marshals Service is responsible for security in the Moakley Courthouse.  See 28 U.S.C. § 566(a).  If

2

plaintiff cannot present a valid form of photo identification, he will be denied entry.

III. Order

Accordingly, the plaintiff's motion to show cause is denied as moot and the parties will be granted an extension until close of business on May 29, 2018, to file objections to the March 20, 2018 Report and Recommendation. The clerk shall send plaintiff a copy of the March 20, 2018 Report and Recommendation with a copy of this Order.

SO ORDERED.

                                      /s/ Patti B. Saris
                                      PATTI B. SARIS
                                      CHIEF UNITED STATES DISTRICT JUDGE