UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

WAYNE P. GARFIELD,

    Plaintiff,

v.

WILLIAM B. EVANS, ET AL.

    Defendants.

No. 17-cv-10704-PBS

## REPORT AND RECOMMENDATION TO DISMISS THE COMPLAINT FOR FAILURE TO PROSECUTE

CABELL, U.S.M.J.

Wayne Garfield has brought an action against the Boston Police Department and several individuals arising from what he contends was an unlawful stop accompanied by excessive force. Since November 2017, however, Garfield has failed to participate meaningfully in the suit and has failed to respond to a recent order to show cause. The court therefore recommends that the complaint be dismissed for lack of prosecution.

### I. RELEVANT BACKGROUND

The plaintiff initiated the present action by way of complaint on April 25, 2017, and thereafter filed an amended complaint on June 23, 2017. (Dkt. Nos. 1 and 9). The gravamen of his complaint is that BPD Officer Stephen Green impermissibly stopped him on a public street, pinned him to the plexiglass of a bus station, and

[handwritten margin note: 7/16/18 — I dismiss the complaint without prejudice. The plaintiff did not object to the report and recommended claim. The plaintiff's support and [illegible] B Saw]